FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 JAN 17 PM 4: 53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | SEALED |
|---|---|
| Plaintiff, | 4:18CR 3012 |
| vs. | INDICTMENT |
| STEVEN J. KUSZAK, | 18 U.S.C. § 1014 |
| Defendant. | 18 U.S.C. § 1028A(a)(1) |

The Grand Jury charges that

## COUNT I

On or about April 6, 2016, in the District of Nebraska and elsewhere, defendant STEVEN J. KUSZAK, knowingly made a false statement for the purpose of influencing the action of the Financial Resources Federal Credit Union, who was then federally insured by the National Credit Union Association, in connection with a credit card application, in that the defendant falsely represented that he was another person and that he was receiving disability income from the Social Security Administration, when in truth and in fact, as the defendant well knew, he was not the person that he represented himself to be in the credit card application and was not entitled to receive the disability income from the Social Security Administration that he claimed he was receiving in the credit card application.

In violation of Title 18, United States Code, Section 1014.

## COUNT II

Between on or about January 1, 2016, and or about May 3, 2016, the defendant, STEVEN J. KUSZAK, did knowingly transfer, possess, and use, without lawful authority, a means of

identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. § 1014, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

/ FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

LESLEY WOODS, TX #24092092